# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PHOMSOUPHA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00918-EPG<br><br>**AMENDED ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**<br><br>(ECF No. 13) |

On May 23, 2019, the Court issued an order to show cause (ECF No. 13) requiring Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's Scheduling Order, and specifically for failing to timely file Plaintiff's opening brief. Plaintiff has filed a response, explaining that the email with links to the administrative record was sent to Plaintiff's counsel's spam folder, and that although this would have typically been noticed through the calendaring system used by counsel, counsel has been sick and has not had the opportunity to engage in a cross-check of the system, which is typically done. (ECF No. 14.) Counsel apologizes and further explains that she has changed the settings in her system so that this type of thing should not occur again. Finally, counsel asks for an extension of time to June 3, 2019, to file the confidential brief, and has filed the notice of service of the confidential brief concurrently with the response to the order to show cause. In light of this explanation, the Court will discharge the order to show cause and grant the requested extension of time.

1      IT IS ORDERED that the order to show cause (ECF No. 13) is DISCHARGED. Plaintiff
2  is granted an extension of time, to June 3, 2019, to file the confidential brief. All subsequent
3  deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 4, 2019**                              /s/ Erici P. Grosj
                                              UNITED STATES MAGISTRATE JUDGE