| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| JOE PHOMSOUPHA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00918-EPG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**<br><br>(ECF No. 19) |

On August 14, 2019, the Court issued an order to show cause (ECF No. 19) requiring Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's Scheduling Order and failure to prosecute, and specifically for failing to timely file Plaintiff's opening brief. Plaintiff has filed a response, explaining that her failure is due to the serious illness she is suffering and treatment she is undergoing combined with a heavy case load. (ECF No. 20.) Counsel apologizes for her failure to communicate with the Court and failure to take action sooner to lessen her case load to a manageable level. She further explains that she is taking action to address the issue, and that she will be transferring cases, which may include the present case, to another attorney to lighten her case load and make it easier for her to keep on top of deadlines. Counsel requests an extension of time to September 4, 2019, to either find counsel to take over this case or to file the opening brief. In light of this explanation, the Court will discharge the order to show cause and grant the requested extension of time.

1

1    IT IS ORDERED that the order to show cause (ECF No. 19) is DISCHARGED. Plaintiff
2  is granted an extension of time, to September 4, 2019, to file either Plaintiff's opening brief or
3  a motion for substitution of counsel. All subsequent deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 27, 2019**                    /s/ *Eric P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE