McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE PHOMSOUPHA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. 1:18-cv-00918-EPG<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of a very heavy workload, including eleven other district court due within the next month, as well as a lot of data reporting and case close outs for the end of the federal fiscal year.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Monday, November 4, 2019.

Respectfully submitted,

Date: *October 4, 2019*   MACKENZIE LEGAL, PLLC

By: */s/ Kelsey Mackenzie Brown**
KELSEY MACKENZIE BROWN
* *By email authorization on October 4, 2019*
Attorney for Plaintiff

Date: *October 4, 2019*   McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## **ORDER**

Pursuant to the stipulation of the Parties (ECF No. 23) and finding good cause exists, IT IS ORDERED that the deadline for Defendant's responsive brief is extended to November 4, 2019. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **October 7, 2019**

/s/ *Erin P. Grosj*
UNITED STATES MAGISTRATE JUDGE