# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PHOMSOUPHA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-00918-EPG<br><br>ORDER DIRECTING DEFENDANT TO FILE A HARD COPY OF THE ADMINISTRATIVE RECORD |

The Court directs Defendant to file a hard copy of the administrative record not less than thirty days prior to the hearing for oral argument on Plaintiff's appeal of the decision by the Commissioner of Social Security denying benefits.

IT IS SO ORDERED.

Dated: __**October 17, 2019**__        /s/ *Erica P. Grosjean*
                                                         UNITED STATES MAGISTRATE JUDGE