UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PHOMSOUPHA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:18-cv-00918-EPG<br><br>**ORDER CONTINUING HEARING**<br><br>(ECF No. 28) |

Pursuant to the stipulation of the parties (ECF No. 28), and finding good cause exists, the hearing set for January 21, 2020, is CONTINUED to **March 17, 2020, at 2:00 p.m.** in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. Although personal appearance is encouraged, telephonic appearance is granted to anyone not within one hour of the Court, with said party(ies) to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties should be prepared to address all arguments raised in Plaintiff's briefing with citations to the record. The parties should set aside one hour for the argument.

IT IS SO ORDERED.

Dated: **January 22, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1